**Joyce EVANS, et al., petitioners,**
**v. UNITED STATES.**
No. 07–871.
Feb. 19, 2008.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.